# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0813
LT Case No. 2000-CF-003762-A

_____

WILLIAM MICHAEL KOPSHO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Marion County.
Peter M. Brigham, Judge.

William M. Kopsho, Live Oak, pro se.

No Appearance for Appellee.

October 10 , 2023

PER CURIAM.

AFFIRMED.

EISNAUGLE, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____